```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SANJAY SOOKUL, on behalf of himself and                     :
all others similarly situated,                              :
                                                            :
                               Plaintiff,                   :     23-CV-6298 (VSB)
                                                            :
                -against-                                   :          ORDER
                                                            :
GENERATION TUX, INC.,                                       :
                                                            :
                               Defendant.                   :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on July 20, 2023, (Doc. 1). On December 29, 2023, the parties filed their joint letter and proposed Case Management Plan & Scheduling Order, requesting that I bifurcate discovery to first address the issue of standing. (*See* Doc. 11.) On January 2, 2024, I granted the parties' request. (*See* Doc. 12.) However, to date, neither party has filed a motion addressing the issue of standing. Therefore, it is hereby:

      ORDERED that Defendant file its opening brief on the issue of standing by January 31, 2024; Plaintiff his opposition by February 14, 2024; and Defendant its reply by February 21, 2024.

SO ORDERED.

Dated:    January 16, 2024
             New York, New York

                                                                                 VERNON S. BRODERICK
                                                                               United States District Judge