```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SANJAY SOOKUL, on behalf of himself and                     :
all others similarly situated,                              :
                                                            :
                              Plaintiff,                    :   23-CV-6298 (VSB)
                                                            :
              -against-                                     :       ORDER
                                                            :
GENERATION TUX, INC.,                                       :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

Plaintiff filed this action on July 20, 2023, (Doc. 1).  On December 29, 2023, the parties filed their joint letter and proposed Case Management Plan & Scheduling Order, requesting that I bifurcate discovery to first address the issue of standing.  (*See* Doc. 11.)  On January 2, 2024, I granted the parties' request, (*See* Doc. 12), and on January 16, 2024, I ordered the parties to abide by a specific briefing schedule, (*See* Doc. 15).  However, to date, both parties have failed to comply with my order.  Therefore, it is hereby:

ORDERED that by March 27, 2024, the parties file a joint letter informing me as to why they failed to abide by the ordered briefing schedule.

SO ORDERED.

Dated:  March 20, 2024
        New York, New York

_____
VERNON S. BRODERICK
United States District Judge