UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
 :
SANJAY SOOKUL, *on behalf of himself and* : 
*all others similarly situated*,  :
 :
                           Plaintiff,  :         23-CV-6298 (VSB)
 :
         -against-  :         **<u>ORDER</u>**
 :
GENERATION TUX, INC.,  :
 :
                         Defendant.  :
-------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: April 9, 2024
      New York, New York

                                                                        _____
                                                                         Vernon S. Broderick
                                                                         United States District Judge